

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY EBELING, ) | |
| ) | |
| Petitioner, ) | 3:-10-cv-03560-RCJ-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| GREGG SMITH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

      Gregory Ebeling has filed a motion to proceed *in forma pauperis* (docket #1). He has also submitted a request for enlargement of grounds (docket 1-1), a Petition for Writ of Habeas Corpus a(docket #1-2) and a Motion for Appointment of Counsel (docket #1-3).

      Based on the information submitted by petitioner regarding his financial status, the Application for Leave to Proceed *in Forma Pauperis* shall be denied. Petitioner must pay the full filing fee of $5.

      **IT IS THEREFORE ORDERED** that petitioner's Application for Leave to Proceed *in Forma Pauperis* (docket #1) is **DENIED**. Petitioner shall have thirty days from entry of this order to have the full filing fee of five dollars ($5) sent to the Clerk, as ordered below. If petitioner fails to do so, this action may be dismissed.

1  **IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner two copies of
2  this Order.  Petitioner is ordered to make the necessary arrangements to have one copy of this Order
3  attached to a check in the amount of the full $5 filing fee, and sent to the Clerk, by sending a copy of
4  the Order with a "brass slip" to Inmate Services for issuance of the check.
5  **IT IS FURTHER ORDERED** that the Clerk shall retain the Petition for Writ of
6  Habeas Corpus, but not file it at this time.
7  DATED:   July 26, 1010.

_____
UNITED STATES MAGISTRATE JUDGE