**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY EBELING, ) | |
| ) | |
| Petitioner, ) | 3:-10-cv-0356-RCJ-RAM |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| GREGG SMITH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

Before the Court is petitioner's motion for enlargement of time to file his Reply to the Answer to the Amended Petition (ECF No. 44). Good cause appearing, the motion shall be **granted**. The Reply shall be filed on or before September 5, 2011.  **IT IS SO ORDERED**.

DATED: This 2nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE